981 A.2d 1283

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Quéed BATTS, Petitioner.**

Supreme Court of Pennsylvania.

Sept. 17, 2009.

***ORDER***

PER CURIAM.

**AND NOW,** this 17th day of September 2009, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue[s] set forth below. Allocatur is **DENIED** as to all remaining issues. The issues, as stated by petitioner, are:

(1) Is sentencing a 14–year–old offender to die in prison unconstitutional in light of *Roper v. Simmons,* 543 U.S. 551, 125 S.Ct. 1183, 161 L.Ed.2d 1 (2005)?

(2) Does the mandatory nature of the sentence in this case violate [petitioner's] rights under the 8th and 14th Amendments to the United States Constitution?

This Limited Grant is also **RESERVED** pending disposition of *Graham v. Florida* and *Sullivan v. Florida,* —— U.S. ——, 129 S.Ct. 2157, 173 L.Ed.2d 1155 (2009).